```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ACE AMERICAN INSURANCE CO.      :    CIVIL ACTION
                                :
          v.                    :
                                :
FUJIFILM SMART SURFACES, LLC,   :
et al.                          :    NO. 11-3435
```

ORDER

AND NOW, this 1st day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Carr Creek Marina to dismiss the complaint for lack of subject matter jurisdiction (Doc. #12) is GRANTED;

(2) the motion of defendant Carr Creek Marina to dismiss the cross-claim of defendant Fujifilm Smart Surfaces, LLC for lack of subject matter jurisdiction (Doc. #13) is GRANTED;

(3) the motion of plaintiff Ace American Insurance Company to file an amended complaint (Doc. #17) is DENIED; and

(4) the motion of defendant Fujifilm for leave to amend its cross-claim to name the correct party and/or to join third party defendant (Doc. #15) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                        J.