```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ACE AMERICAN INSURANCE CO.      :      CIVIL ACTION
                                :
            v.                  :
                                :
FUJIFILM SMART SURFACES, LLC,   :
et al.                          :      NO. 11-3435
```

ORDER

AND NOW, this 10th day of January, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Fujifilm Smart Surfaces, LLC for reconsideration of the court's December 1, 2011 Order is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                       J.